```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-09-038-CI
                   Plaintiff,  )
                               )   ORDER GRANTING MOTION TO
v.                             )   MODIFY PROBATION CONDITIONS
                               )
TRAVIS GOLDSMITH,              )
                               )
                   Defendant.  )
                               )
_____)
```

Before the court is Defendant's Motion to Modify Probation **(Ct. Rec. 21)**, brought on an expedited basis. The representation is made that the United States takes no position on this Motion. The Motion is **GRANTED** to the extent that Defendant may possess a muzzle loading rifle for use during elk hunting season, provided, however, he remains in full compliance with all other conditions of probation.

**IT IS SO ORDERED.**

DATED October 2, 2009.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY PROBATION CONDITIONS - 1