# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

March 3, 2011

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane

The Honorable Cynthia Imbrogno
U.S. Magistrate Court Judge
Eastern District of Washington
Spokane, WA 99201

RE: GOLDSMITH, Travis
Dkt. No.: 2:09CR00038-001
**REQUEST FOR ORDER TERMINATING PROBATION PRIOR TO EXPIRATION**

Dear Judge Imbrogno:

The above-referenced individual was sentenced in the Eastern District of Washington on September 30, 2009, after having pled guilty to Simple Possession of a Controlled Substance in violation of 21 U.S.C. § 844. On that date, the defendant was sentenced to 3 years probation.

Since the commencement of Mr. Goldsmith's term of probation, he has maintained a stable residence, employment, and completed substance abuse treatment.

Supervision Adjustments and Compliance with Conditions

The offender's period of probation is scheduled to expire on September 29, 2012. Mr. Goldsmith has had no violations during his term of probation. He completed all substance abuse treatment requirements monitored by Washington Recovery Assistance Program for Pharmacy (WRAPP). He has had no problems that would warrant another assessment or further treatment. Mr. Goldsmith is still required to submit to random urinalysis testing through WRAPP. His special penalty assessment ($50.00) and restitution ($13,704.40) was paid in full on September 30, 2009.

In addition, Mr. Goldsmith successfully complied with the U.S. Probation drug testing program and had no issues or concerns.

RE: Goldsmith, Travis
March 3, 2011
Page 2

Offender Characteristics (Employment/Family/Community Support)

Mr. Goldsmith has been employed full-time with the same employer during his term of probation and has maintained a personal residence with his wife and children. He has a positive support system through his family, work, and self-help meetings.

In addition, the undersigned has spoken with the WRAPP manager, Will Rhodes, and he "fully supports" Mr. Goldsmith's early term request and reported no problems with Mr. Goldsmith while participating in the program.

Justification

According to the Monograph 109, and Title 18 U.S.C. § 3583(e)(1), the offender meets the criteria for early termination. This case has been staffed with Gayla Hunt, supervising U. S. probation officer, who agrees that Mr. Goldsmith is a good candidate for early termination consideration. Jill Bolton, assistant U.S. attorney, was contacted and she objects to an early termination, however, does not request a hearing to discuss the matter. The probation office would respectfully recommend the attached order be signed to officially discharge Mr. Goldsmith from probation.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U. S. Probation Officer

By: s/Samuel Najera          03/03/2011
    Samuel Najera            Date
    U. S. Probation Officer

APPROVED BY:

s/M. D. Elvin          03/03/2011
M.D. Elvin             Date
Deputy Chief U.S. Probation Officer